The U.S. District Court for North District of America
In The Supreme Court For The
Keith Russell Judd For President of USA,
v.
United States of America, et al.

Emergency Federal Presidential Election Complaint; Re Ballot Access For General Election 11-7-2000
Petition For Writ of Mandamus For Ballot Access To Keith Russell Judd For President of USA, FEC#C00302919

Petitioner, Keith Russell Judd For President of USA, FEC#C00302919, at (800)424-9530, (800)460-9477, U.S. Passport No. 132617459, Ector County Texas Voter Reg. #9800838, SSN: 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, New Mexico Drivers License # 036844523, Badge No. A2279, at (505)242-2677, or (505)765-9200, NM Plate No. ASK-440, asks that an Emergency Writ of Mandamus immediately issue to require the State to place the single name of "Keith Russell Judd For President of USA U.S. Passport No. 132617459" on the Ballot for the 11-7-2000 General Election For President of the United States. Petitioner Pro Se, is an inmate confined to an institution proceeding on appeal in the Supreme Court of USA under Criminal Justice Act, 18 U.S.C. § 3006A, and has been granted leave to proceed in forma pauperis pursuant to Supreme Court Rule 39.1. Article IV of U.S. Const. requires this Court to give Full Faith and Credit to judicial acts of Supreme Court pursuant to the Supremacy Clause of Article VI of U.S. Constitution. Petitioner asks for free process. No. 98-1078, Tx Sp Ct.

Petitioner asks for mandamus to issue giving "Keith Russell Judd For President of USA U.S. Passport No. 132617459" Ballot Access without costs or fees, Voting Rights Act, 42 U.S.C. § 1973, et seq.; Harper v. Virginia Bd. of Elections, 383 U.S. 663 (1966); Lubin v. Panish, 415 U.S. 709 (1974)(filing fees for Ballot Access violates Equal Protection to indigent persons); Bullock v. Carter, 405 U.S. 134 (1972)(filing fees or voter petitions are not alternative means of gaining place on ballot); Shapiro v. Thompson, 394 U.S. 618 (1969)(wealth is suspect class, and residency requirement violate Constitution). The First Amendment protects the individual's voice and vote, not the financial amplifier, Red Lion Broadcasting Co. v. FCC, 395 U.S. 367 (1969); Judd v. FEC et al, No. 98-1078 (D.C. Cir. 1999); Judd v. KOAT TV, et al, USDC NM No. CIV-97-1278; No. 99-___ (10th Cir. 2000). Petitioner was denied a ballot position by this State in the 1996 Election For President of USA. www.Vote-Smart.org; www.fec.gov; FreedomChannel.com; (915)580-7777. Petitioner is a non-party candidate as Constitution does require association with a political party and First Amendment provides the Right Not To Associate, 18 U.S.C. § 3056. As Voting is a private affair, voters petitions and financial contribution reports violate this Right of Privacy, Voting Rights Act 42 U.S.C. § 1973; Judd v. New Mexico, S.Ct. No. 94-6700 (1995), et al.; Article II requires that Electors be We The People of the United States Preamble to U.S. Constitution. Pre-Technology Electors are out-dated and do not represent the People, Reynolds v. Sims, 377 U.S. 533 (1964)(one-man, one vote principle). The First President of the United States, John Hancock, signed the Declaration of Independence, providing, "Governments are instituted among Men, deriving their just powers from the consent of the governed." First Amendment provides individuals the Right to Petition the Government for Redress of Grievances. Article II and 12th Amendment require the President to be voted on, and elected before and separate from Vice President, as Vice President is President of Senate and votes on ties, Article I, Sec. 3, Cl. 4. A single vote for both President and Vice President violates separation of powers between Legislative and Executive, Buckley v. Valeo, 424 U.S. 1 (1976). As such, Lt. Governor is voted on separate from Governor, Dennis v. Sparks, 449 U.S. 24 (1980); 18 U.S.C. § 241, 242; Judd v. U.S. Dist. Court, USDC No. Mo-98-CA-167; 5th Cir. Nos. 98-11862, 51118, 51195; Supreme Court No. 99-5260. Petitioner registered with the State and the Federal Election Commission in 1995, 1996, 1997, 1998, 1999, 2000 but was denied a place on Ballot. Petitioner is mentally disabled with Bi-Polar Mental Illness, and is entitled to ballot access under the Americans With Disabilities Act, 42 U.S.C. § 12101, et seq.; 2 U.S.C. § 431, et seq.; Equal Protection of The Law Clause of 14th Amendment; 28 U.S.C. § 1443, 1446; U.S. Constitution Am. I et al, et al. A single vote for Clinton-Gore does not count as my vote for anyone. As such, Keith Russell Judd For President of USA U.S. Passport No. 132617459, is the Legal President of the United States at Present, 18 U.S.C. § 3056. USA v. Judd, USDC No. Mo-98-CR-09; 5th Cir. Nos. 98-51081, et al; Supreme Court Nos. 98-7575, et al.

Respectfully Submitted,
Keith Russell Judd
Feb. 19, 2000

Keith Russell Judd For President of USA U.S. Passport No. 132617459, (800)460-9477, (505)263-0595, (915)367-0888
FCI Big Spring, 1900 Simler Ave, Big Spring, Texas, 79720
(915)580-7777, (800)424-9530
c/o U.S. Secret Service, (915)533-6950, (505)255-4025

(over- For certificate of Service)
Jurisdictional Statement 28 U.S.C. § 1631

Marbury v. Madison, 5 U.S. 137 (1805).